

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2019

No. 04-18-00397-CV

**MPII, INC.** D/B/A Mission Park Funeral Chapels and Cemeteries,
Appellant

v.

Timothy **MOTT** and Sharlotte Mott,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI00572
Honorable Norma Gonzales, Judge Presiding

Appellant's reply brief was currently due April 29, 2019. On April 25, 2019, appellant filed a third, unopposed motion for extension of time, asking for an additional fourteen days to file its reply brief. After consideration, we **GRANT** the motion and **ORDER** appellant to file its reply brief in this court **on or before May 13, 2019**.

Entered on this 30th day of April, 2019.

**PER CURIAM**

Attested to: _____
Keith E. Hottle,
Clerk of Court

